UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER V. MARKARIAN, | Case No. 5:24-cv-01098-FWS-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY | |
| SHERIFF DEPT., et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 18, 2026

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE